IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANDREW BANKHEAD                                                                           PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:17-CV-70-SA-RP

CITY OF CLEVELAND, and
CHARLES BINGHAM                                                                         DEFENDANTS

FINAL JUDGMENT

For all of the reasons fully explained in a separate order and memorandum opinion issued this same day, the Defendants' Motion for Summary Judgment [13] is GRANTED. FINAL JUDGMENT is hereby entered in the Defendants' favor. This CASE is DISMISSED with prejudice, and this CASE is CLOSED.

It is SO ORDERED on this the 28th day of June, 2018.

                                               /s/ Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE